UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael and Jeremy Tompkins,<br><br>                      Plaintiffs,<br>v.<br><br>Credit Collection Services; and<br>DOES 1-10, inclusive,<br><br>                      Defendants. | Civil Action No.: 5:11-cv-00317(NAM)(ATB) |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 14, 2011

                                              Respectfully submitted,

                                              PLAINTIFFS, Michael and Jeremy Tompkins

                                              /s/ Sergei Lemberg

                                              Sergei Lemberg, Esq. (SL 6331)
                                              **LEMBERG & ASSOCIATES L.L.C.**
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (877) 795-3666
                                              slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) which sent electronic notification of such filing to the following ECF participants:

David G. Peltan, Esq. (Bar Roll No.: 515856)
Peltan Law, PLLC
(716) 374-5431 mobile
(716) 655-3887 phone
128 Church Street
East Aurora, NY 14052
davidpeltan@roadrunner.com

                                                              By /s/ Sergei Lemberg
                                                                  Sergei Lemberg