**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------
MICHAEL THOMPKINS, and JEREMY TOMPKINS,

                          Plaintiffs,

                    vs.                                    5:11-CV-0317
                                                            (NAM/ATB)

CREDIT COLLECTION SERVICES, ET AL.,

                          Defendant.
--------------------------------------------------------------------

**Norman A. Mordue, Chief U.S. District Judge**

                  JUDGMENT DISMISSING ACTION
                  <u>BASED UPON SETTLEMENT</u>


          Pursuant to the Notice Of Settlement filed on July 14, 2011 (Dkt. No. 8), the Court has

been advised that this action has been settled, or is in the process of being settled.  Counsel has

also advised the Court that no infant or incompetent is a party to this action.  Accordingly,

pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

          ORDERED, as follows:

          1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order

upon a showing that the settlement was not consummated;

          2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-

first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within

thirty days of the date of filing of this order upon a showing that the settlement was not

consummated.  Upon completion of settlement, the parties are directed to exchange general

releases and file a **Stipulation of Discontinuance** with the Court that must include language

**"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED

Date:   July 18, 2011
          Albany , New York

Norman A. Mordue
Chief United States District Court Judge