UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael and Jeremy Tompkins, | : <br> : <br> : Civil Action No.: 5:11-cv-00317 (NAM)(ATB) <br> : |
| Plaintiffs, <br> v. | : <br> : <br> : |
| Credit Collection Services; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : <br> : |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Credit Collection Services and Does 1-10, inclusive, with prejudice and without costs to any party.

| Michael and Jeremy Tompkins | Credit Collection Services |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Sergei Lemberg_____ |
| Sergei Lemberg, Esq. (SL 6331) <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiffs | David G. Peltan, Esq. <br> Bar Roll Number 515856 <br> Peltan Law, PLLC <br> (716) 374-5431 mobile <br> (716) 655-3887 phone <br> 128 Church Street <br> East Aurora, NY 14052 <br> davidpeltan@roadrunner.com <br> Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) which sent electronic notification of such filing to the following ECF participants:

David G. Peltan, Esq.
Bar Roll Number 515856
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052

                                           By /s/ Sergei Lemberg_____
                                                  Sergei Lemberg, Esq.